IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| EDIE CRAINE KINNEY, | ) | |
| Plaintiff | ) | |
| v. | ) | No. 3:06-cv-376 |
| | ) | (Phillips/Shirley) |
| UNIFIRST CORPORATION, | ) | |
| Defendant | ) | |

# **O R D E R**

For the reasons set forth in the Memorandum Opinion this day passed to the Clerk for filing, it is hereby ORDERED that defendant's motion for summary judgment [Court File #14] is DENIED.

**E N T E R :**

                                      *s/ Thomas W. Phillips*
                              UNITED STATES DISTRICT JUDGE